# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. David Merchain DEFENDANT(S). | CASE NUMBER 2:23-CR-00385-DSF |
|---|---|
| | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |

Upon motion of _the Defense_____, IT IS ORDERED that a detention hearing is set for _August 16_____, _2023_____, at _2:00_____ ☐ a.m. / ☒ p.m. before the Honorable _Margo A. Rocconi_____, in Courtroom _790_____.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: _8/14/2023_____

_____
U.S. District Judge/Magistrate Judge

---

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

CR-66 (10/97)                                                                                                                Page 1 of 1